[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 15, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-16090
Non-Argument Calendar

_____

D. C. Docket No. 04-01257-CV-ORL-31-DAB

YOLANDA R. TEPPER,
ROBERT TEPPER, her husband,

Plaintiffs-Appellees,

versus

RICHARD A. CANIZARO,
DONALD ESLILNGER,
Sheriff of Seminole County,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(March 15, 2006)**

Before BARKETT, MARCUS and WILSON , Circuit Judges.

PER CURIAM:

We find no reversible error in the denial of summary judgment to Appellants

on the basis of qualified immunity.  As the briefs and the district court's order amply demonstrate, there are disputed issues of fact which preclude the grant of summary judgment in this case.

**AFFIRMED.**